UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHAWN DONNELLY,<br><br>               Plaintiff,<br><br>   v.<br><br>INTERCITY TRANSIT, a municipal subdivision of the State of Washington,<br><br>               Defendant. | CASE NO. C12-5650 KLS<br><br>ORDER REMANDING CASE TO THURSTON COUNTY |

On November 15, 2012 the undersigned entered an Order granting the Defendant's motion to dismiss the Plaintiff's claim alleging violation of the Americans With Disabilities Act. In addition, the parties were ordered to show cause, not later than December 12, 2012, why this court should not decline to exercise supplemental jurisdiction over the remaining pending state law claims. (ECF No. 33).

Inasmuch as neither party has responded to the Order, the undersigned declines to exercise supplemental jurisdiction over the remaining pending state law claims and this case is HEREBY REMANDED to Thurston County Superior Court.

1     The Clerk is directed to take all the necessary steps to ensure that this matter is remanded
2 to Thurston County Superior Court.

3     DATED this 21st day of December, 2012.

                                                   Karen L. Strombom
                                                 United States Magistrate Judge