UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHAWN DONNELLY,

              Plaintiff,

    v.

INTERCITY TRANSIT, a municipal
subdivision of the State of Washington,

              Defendant.

CASE NO. C12-5650 KLS

ORDER REMANDING CASE TO
THURSTON COUNTY

On November 15, 2012 the undersigned entered an Order granting the Defendant's

motion to dismiss the Plaintiff's claim alleging violation of the Americans With Disabilities Act.

In addition, the parties were ordered to show cause, not later than December 12, 2012, why this

court should not decline to exercise supplemental jurisdiction over the remaining pending state

law claims.  (ECF No. 33).

Inasmuch as neither party has responded to the Order, the undersigned declines to

exercise supplemental jurisdiction over the remaining pending state law claims and this case is

HEREBY REMANDED to Thurston County Superior Court.

1    The Clerk is directed to take all the necessary steps to ensure that this matter is remanded

2 to Thurston County Superior Court.

3    DATED this 21st day of December, 2012.

4

5

Karen L. Strombom

6 United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24